

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00352-CR

**EX PARTE** Ricardo **GUZMAN-SIERRA**

From the County Court, Kinney County, Texas
Trial Court No. 12100CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion to Extend Time to File Appellant's Brief is hereby GRANTED. The appellant's brief is due on or before August 4, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court